# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL DOUGLAS MULKEY,
Appellant,

vs.

WYMAN COOPER,
Respondent.

No. 69593



FILED

FEB 0 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying appellant's motion to extend his prison copywork limit. Second Judicial District Court, Washoe County; Lidia Stiglich, Judge.

Our review of the docketing statement and the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a motion to extend prison copywork limits. Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

16-03308

cc: Hon. Lidia Stiglich, District Judge
    Michael Douglas Mulkey
    Glogovac & Pintar
    Washoe District Court Clerk